1  JOHN W. SPIEGEL (State Bar No. 078935)
   LYNN H. SCADUTO (State Bar No. 205291)
2  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, 35th Floor
3  Los Angeles, California 90071-1560
   Telephone: (213) 683-9100
4  Facsimile: (213) 687-3702

5  Attorneys for Plaintiff
   Warner Bros. Television, a Division of
6  WB STUDIO ENTERPRISES INC.

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 WARNER BROS. TELEVISION, a          CASE NO. CV 09-00495 GAF (Ex)
   Division of WB Studio Enterprises
12 Inc.,                               ORDER AND
                                       **NOTICE OF DISMISSAL**
13              Plaintiff,             **[FED. R. CIV. P. 41(a)(1)(A)(i)]**

14      vs.

15 CBS BROADCASTING INC.,

16              Defendant.

17

18

19

20

21

22

23

24

25

26

27

28
   7277380.1

                        NOTICE OF DISMISSAL

1  Notice is hereby given that Plaintiff Warner Bros. Television, a Division of
2  WB Studio Enterprises Inc., dismisses this action in its entirety pursuant to Fed. R.
3  Civ. P. 41(a)(1)(A)(i).

DATED: March 19, 2009

MUNGER, TOLLES & OLSON LLP
JOHN W. SPIEGEL
LYNN H. SCADUTO

By: /s/ Lynn H. Scaduto
    Lynn H. Scaduto

Attorneys for Plaintiff
Warner Bros. Television, a Division of
WB STUDIO ENTERPRISES INC.

**IT IS SO ORDERED.**
**DATED:** March 20, 2009

_____
**UNITED STATES DISTRICT JUDGE**